**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| INNOVATIVE FOUNDRY TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION; SEMICONDUCTOR MANUFACTURING INTERNATIONAL (SHANGHAI) CORPORATION; SEMICONDUCTOR MANUFACTURING INTERNATIONAL (BEIJING) CORPORATION; SEMICONDUCTOR MANUFACTURING INTERNATIONAL (TIANJIN) CORPORATION; SEMICONDUCTOR MANUFACTURING INTERNATIONAL (BVI) CORPORATION; SEMICONDUCTOR MANUFACTURING NORTH CHINA (BEIJING) CORPORATION; SEMICONDUCTOR MANUFACTURING SOUTH CHINA CORPORATION; BROADCOM INCORPORATED; BROADCOM CORPORATION; CYPRESS SEMICONDUCTOR CORPORATION; and DISH NETWORK CORPORATION,<br><br>Defendants. | C.A. No.: 6:19-cv-00719-ADA<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Innovative Foundry Technologies LLC hereby dismisses its claims against Defendant Dish Network Corporation with prejudice, and they stipulate that each party shall bear its own costs, expenses and

attorneys' fees incurred herein and waive all rights of appeal. The parties request that the Court enter an order consistent with the proposed order provided herewith.

Dated: April 22, 2021

Respectfully submitted,

*/s/ Andrea L. Fair*
Michael T. Renaud (BBO No. 629783)
MTRenaud@mintz.com
Michael J. McNamara (BBO No. 665885)
MMcNamara@mintz.com
William A. Meunier (BBO No. 677571)
WAMeunier@mintz.com
Adam S. Rizk (BBO No. 688305)
ARizk@mintz.com
Matthew A. Karambelas (BBO No. 691034)
MAKarambelas@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
One Financial Center
Tel: (617) 542-6000
Fax: (617) 542-2241
www.mintz.com

*Of Counsel:*
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Innovative Foundry Technologies LLC*

*/s/ Kurt Pankratz w/permission Andrea L. Fair*
Kurt Pankratz
Email: kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Tel.: (713)229-1234
Fax (713) 229-1522

Ali Dhanani
Email: ali.dhanani@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1234
Fax (713) 229-1522

John P. Palmer
Email: palmer@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, 8th Floor
P.O. Box 1470
Waco, TX 76701
Tel.: (254) 755-4100
Fax (254) 754-6331

*Attorneys for Defendant DISH Network Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 22, 2021, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented such service under the Court's local rules.

*/s/ Andrea L. Fair*
Andrea L. Fair